[No. 21488-5-III. Division Three. August 7, 2003.]

DURAMETAL BRAKE COMPANY, L.L.C., *Appellant*, v. ENERGY NORTHWEST, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-2-01995-2, Dennis D. Yule, J., entered September 20, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 50604-8-I. Division One. August 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN R. MCLEOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10238-5, George T. Mattson, J., entered June 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50703-6-I. Division One. August 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PRASEUTH VILAYPHONH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01923-1, Kenneth L. Cowsert, J., entered June 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51093-2-I. Division One. August 11, 2003.]

*In the Matter of the Marriage of* GREGORY L. KNOPFF, *Respondent*, and DENISE L. WYLIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-06388-3, Philip G. Hubbard, Jr., J., entered September 17, 2002. *Affirmed* by unpublished per curiam opinion.